■ RUDOLPH LEGNAME, Respondent, v. ANTOINETTE LEGNAME, Appellant.— Order, Supreme Court, New York County, entered on July 9, 1973, unanimously modified, on the law, on the facts and in the exercise of discretion, and defendant's cross motion granted insofar as it seeks to strike the statement of readiness and note of issue filed herein and to require plaintiff to appear for pretrial examination, and otherwise affirmed, without costs and without disbursements. It was held in *Plancher* v. *Plancher* (35 A D 2d 417, 422, affd. 29 N Y 2d 880) that "ordinarily disclosure of a husband's finances should be directed, where the right to a decree is not seriously resisted and no special circumstances exist indicating that it would be improper to grant such disclosure [citing cases]". These criteria have been satisfied in this case, and, in fact, defendant wife has made a strong showing of circumstances indicating the necessity for disclosure of plaintiff's income and assets. She has demonstrated a lack of knowledge of her husband's finances, and the copies of tax returns supplied by him do not satisfactorily determine the issue. Settle order on notice. Concur — Nunez, J. P., Murphy, Lane, Tilzer and Capozzoli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARSHALL JONES, Appellant, v. WARDEN, NEW YORK CITY CORRECTIONAL INSTITUTION FOR MEN, Respondent.— Appeal from the judgment of the Supreme Court, Bronx County, entered on April 24, 1972, dismissing relator's petition for a writ of habeas corpus, unanimously dismissed as moot, without costs and without disbursements. We have considered the merits, and if we were not dismissing as moot, we would affirm the judgment. Concur — Nunez, J. P., Kupferman, Murphy, Lane and Tilzer, JJ.